THE STATE, EX REL. FANT, APPELLANT, *v.* ARN, SUPT., OHIO REFORMATORY FOR WOMEN, APPELLEE.

[Cite as State, ex rel. Fant, *v.* Arn (1986), 21 Ohio St. 3d 53.]

(No. 85-602—Decided January 8, 1986.)

*Henry J. Fant, pro se.*
*Anthony J. Celebrezze, Jr.,* attorney general, and *Wendy Wonnell,* for respondent.

The judgment of the court of appeals (case No. 14-84-28) dismissing relator's complaint in mandamus as moot is hereby affirmed on the authority of *State, ex rel. Gantt,* v. *Coleman* (1983), 6 Ohio St. 3d 5.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.